## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :

                                 :

       v.                   :

                                 :

                                 :

DAVID LOPEZ-CORTEZ        :

                                 :

**Criminal No. 08-720 (KSH)**

**ORDER DIRECTING PROBATION TO CONDUCT AN INVESTIGATION REGARDING POTENTIAL CONDITIONS OF BAIL**

This matter having come before the Court on the application of defendant, David Lopez-Cortez through his attorney, Peter M. Carter, Assistant Federal Public Defender, appearing, for an Order directing Probation to conduct an investigation regarding bail conditions for Mr. Lopez-Cortez in anticipation of a Bail Hearing in this matter

IT IS on this _____ day of November, 2012

ORDERED that Probation shall conduct an investigation regarding bail conditions for Mr. Lopez-Cortez in anticipation of a Bail Hearing in this matter.

_____
KATHARINE S. HAYDEN
United States District Court Judge