# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States of America

        Plaintiff (s)

    vs.

David Lopez-Cortez

        Defendant(s)

Criminal No. 08-720 (KSH)

**ORDER OF RELEASE**

This matter having come before the Court by way of an application for release from custody by defendant David Lopez-Cortez on a petition for violation of supervised release; and the Court having considered the matter and having heard argument and rendered its decision on the record on January 22, 2013; and good cause having been shown,

It is on this 22nd day of January, 2013

**ORDERED** that United States Marshals Service are directed to release defendant from Federal custody. It is further,

**ORDERED** that the defendant shall reside with Luz Teresa Castillo at 410 High Street, 3rd Floor, Perth Amboy, N.J. All other terms of supervised release remain in effect.

                                                    KATHARINE S. HAYDEN    U.S.D.J.